In the Matter of the Arbitration between TOWN OF GREECE, Appellant, and GREECE GOLD BADGE CLUB, CWA LOCAL 1170, Respondent. [51 NYS3d 473]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Renee Forgensi Minarik, A.J.), entered May 23, 2016. The order and judgment denied the petition to stay arbitration.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 13 and 17, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Lindley, DeJoseph, NeMoyer and Scudder, JJ.